Barry E. Weber, Esq. (256530)
BARRY E. WEBER, ATTORNEY AT LAW
264 Clovis Avenue
Clovis, California 93612
Telephone: (559) 438-1716
Facsimile: (559) 222-9183

Attorneys for Plaintiff
CHRIS GRAHAM

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS GRAHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAM TEAM, INC. and DOES 1-20, Inclusive,<br><br>Defendants. | Case No. CV 12-965 ODW (AJWx)<br><br>**ORDER RE REQUEST FOR DISMISSAL** |

## ORDER

At the request of the litigants this case is dismissed with prejudice.

**SO ORDERED**, this 19th day of November 2012

_____
Judge

1
**ORDER RE REQUEST FOR DISMISSAL**